UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00029-SI |
| v. | INDICTMENT |
| SARA NICOLE MARCOCCIA, | 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

## COUNT 1
### (Possession of Child Pornography)
### (18 U.S.C. §§ 2252A(a)(5)(B), (b)(2))

On or about August 28, 2024, in the District of Oregon, defendant **SARA NICOLE MARCOCCIA** knowingly possessed material containing child pornography, including visual depictions of prepubescent minors or minors who had not attained twelve (12) years of age, that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2).

///

## COUNT 2
### (Access with Intent to View Child Pornography)
### (18 U.S.C. §§ 2252A(a)(5)(B), (b)(2))

Between on or about February 9, 2023, and on or about October 30, 2023, in the District of Oregon and elsewhere, defendant **SARA NICOLE MARCOCCIA** knowingly accessed with intent to view material containing child pornography, including visual depictions of prepubescent minors or minors who had not attained twelve (12) years of age, that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2).

///

///

///

///

///

///

///

///

///

///

## Criminal Forfeiture Allegation

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense described above in Counts 1 and 2 of this indictment, defendant **SARA NICOLE MARCOCCIA** shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the aforementioned violations, or any property, real or personal, constituting or traceable to proceeds of those offenses.

Dated: January 23, 2025.

A TRUE BILL.

███████████████████████
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_/s/ Kelley_
CHARLOTTE KELLEY, DCB #1736456
Assistant United States Attorney